UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIELLE JAMES CRAIG,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOTO, Warden,<br><br>        Respondent. | No. CV 16-6231-AGR<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and dismissed.

DATED: September 27, 2017

_____
ALICIA G. ROSENBERG
United States Magistrate Judge